**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DENNIS W. MOGWITZ,

     Plaintiff,

v.

QUEST DIAGNOSTICS, INC.

     Defendants.

CIVIL ACTION NO.
1:06-CV-1837-JOF

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Dennis W. Mogwitz and Defendant Quest Diagnostics, Inc., hereby stipulate and consent to the voluntary dismissal of this action, with each party to bear its own costs, expenses, and attorneys' fees.

This 19th day of July, 2007.

**s/ Bradley E. Heard, Esq.**
Georgia Bar No. 342209
*Counsel for Plaintiff*

THE HEARD LAW OFFICES, LLC
3695-F Cascade Road, SW
Suite 1371
Atlanta, GA 30331-2105
Tel.: 404-344-9255
Fax: 404-344-7578
bheard@heardlawoffices.com

**s/ L. Dale Owens, Esq.**
Georgia Bar No. 557482
**s/ Melissa L. Kotun, Esq.**
Georgia Bar No. 428828
*Counsel for Defendant*

JACKSON LEWIS LLP
Marquis One Tower, Suite 1900
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1226
Tel.: 404-525-8200
Fax: 404-525-1173
OwensD@jacksonlewis.com
KotunM@jacksonlewis.com